# Third District Court of Appeal

## State of Florida

Opinion filed May 15, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-822
Lower Tribunal No. 17-26683
_____

**Universal Property & Casualty Insurance Company**,
Appellant,

vs.

**Ofir Chazut**,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Russo Appellate Firm, P.A., Paulo R. Lima, and Elizabeth K. Russo, for appellant.

Kula & Associates, P.A., Elliot B. Kula, William A. Daniel, and William D. Mueller, for appellee.

Before LOGUE, C.J., and LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.